UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KRIS DANIEL LEBSOCK,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL MOTORS, CHEVROLET, MARY BARRA, TADGE JUECHTER,<br><br>Defendants. | Case No. 2:22-cv-01082-JAD-EJY<br><br>**ORDER** |

Pending before the Court is Defendant General Motors LLC's Motion to Stay Discovery (ECF No. 16) filed on December 8, 2022. Under U.S. District Court for the District of Nevada Local Rule 7-2(d) the Court may treat Plaintiff's failure to timely respond to Defendant's Motion as consent by that party to grant the motion.

Accordingly, IT IS HEREBY ORDERED that Defendant General Motors LLC's Motion to Stay Discovery (ECF No. 16) is GRANTED.

IT IS FURTHER ORDERED that within ten days of the Court's orders on pending dispositive motions, the parties must file a proposed joint discovery plan and scheduling order; provided, however, that if the Court's order dismisses this case no further action by the parties with respect to discovery is required.

Dated this 23rd day of December 2022.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1