# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Kris Daniel Lebsock,<br><br>   Plaintiff<br><br>v.<br><br>General Motors, et al.,<br><br>   Defendants | Case No.: 2:22-cv-01082-JAD-EJY<br><br>**Order Granting Motion to Extend Time**<br><br>[ECF No. 40] |

   Pro se plaintiff Kris Lebsock sues General Motors (GM), its CEO Marry Barra, its chief engineer Tadge Juechter, and its Chevrolet division for using his designs and ideas in GM's line of Corvette sports cars "without compensation or recognition" for him.[1] Last month I granted the defendants' motion to dismiss Lebsock's complaint, finding that he failed to state any claims for relief, and I granted him leave to amend his complaint.[2] His deadline to do so was March 7, 2023.[3] But instead of filing an amended complaint, Lebsock filed a "motion for expedited review of this motion for an extension of time to file an amended complaint and to respond to the court's judgments and orders."[4] He explains that he has a "current, serious, cardiac medical condition" that is preventing him from working on this case, and he asks for more time to file an

---

[1] ECF No. 4 at 4.
[2] ECF No. 39.
[3] *Id.* at 12.
[4] ECF No. 40 at 1 (cleaned up).

amended complaint.[5] He also asks that I "reconsider putting a pause on this case for medical reasons."[6]

I find good cause to extend Lebsock's deadline to file his second-amended complaint by 90 days due to his representations about his medical condition. But I do not find cause to reconsider my order denying his request for a stay. In my prior order, I explained that, because Lebsock did "not explain what condition he has or why meeting court deadlines in a lawsuit that he filed constitutes a high-stress situation," he "thus failed to establish a case for hardship" that would warrant a stay.[7] In his motion to extend time, Lebsock elaborates on his condition and specific instances in which he believes that the stress from working on this case contributed to his symptoms.[8]

But Lebsock still fails to identify a condition that would completely prohibit him from complying with the rules and procedures for prosecuting this action. As I advised Lebsock in my previous order, prosecuting a civil lawsuit in this court comes with many obligations and responsibilities that must be satisfied in order for this judicial system to function, and if he desires to pursue his claims, he must proceed according to this court's rules and deadlines. If Lebsock feels that he is unable to pursue his claims at this time, he can ask the defendants to stipulate to allow him to voluntarily dismiss this case without prejudice to its refiling when he is able to devote the time and attention that he believes his case deserves. Of course, Lebsock alone remains responsible for being aware of any applicable statutes of limitations that may affect his ability to refile this suit at a future date.

---

[5] *Id.* at 1.
[6] *Id.* at 3.
[7] ECF No. 39 at 10.
[8] *See generally* ECF No. 40 at 1–2.

Lebsock also notes that he has finished portions of his amended complaint and states that he will file "what [he] ha[s]" by March 9, 2023.[9] Lebsock is reminded that any amended complaint he files will replace his existing amended complaint in its entirety, so the new complaint must be complete in itself. He should not file mere portions of his amended complaint. Rather, he should wait to file any documents labeled as a second-amended complaint until he has included all of the facts and causes of action that he wishes to pursue against the defendants, consistent with this court's prior order. And he now has until June 7, 2023, to do so.

## Conclusion

IT IS THEREFORE ORDERED that Lebsock's motion to extend time to file his second-amended complaint **[ECF No. 40] is GRANTED in part**. If Lebsock chooses to proceed with this case, he must file a second-amended complaint that complies with this court's previous instructions **by June 7, 2023**. If Lebsock does not file a second-amended complaint by June 7, 2023, this case will be dismissed with prejudice and closed without further prior notice.

_____
U.S. District Judge Jennifer A. Dorsey
March 8, 2023

---

[9] *Id.* at 2.